IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMY BENDER,                          )<br>                                      )<br>    Plaintiff,                       )<br>                                      )<br>    v.                                )<br>                                      )<br>HILTON DOMESTIC OPERATING  )<br>COMPANY INC.,                    )<br>                                      )<br>    Defendant.                     ) | CIVIL ACTION NO.<br>2:19cv271-MHT<br>(WO) |

**ORDER**

Based on the representations made on the record during the status conference on October 29, 2020, it is ORDERED that the oral motion to dismiss (doc. no. 37) is granted, and counts 3 and 4 of the amended complaint (doc. no. 11) are dismissed.

DONE, this the 2nd day of November, 2020.

                                           /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE