IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMY BENDER,                       )
                                  )
     Plaintiff,                   )
                                  )       CIVIL ACTION NO.
     v.                           )         2:19cv271-MHT
                                  )             (WO)
HILTON DOMESTIC OPERATING         )
COMPANY INC.,                     )
                                  )
     Defendant.                   )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Hilton Domestic Operating Company Inc.'s motion for summary judgment (Doc. 43) is granted.

(2) Judgment is entered in favor of defendant Hilton Domestic Operating Company Inc. and against plaintiff Amy Bender, with plaintiff Bender taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Bender, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE